UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:23-CR-122-HTW-ASH-3

ANTHONY HEARD

ORDER

Defendant Anthony Heard has filed a pro se motion for reconsideration of the pretrial detention order entered in the Southern District of Texas on February 2, 2025. But Heard is represented by capable counsel in this matter, and "[b]ecause [he i]s represented by counsel . . . , he [i]s not entitled to file a pro se motion on his own behalf." *United States v. Alvarado*, 321 F. App'x 399, 400 (5th Cir. 2009); *accord United States v. Presley*, 415 F. App'x 563, 570 (5th Cir. 2011) (denying pro se motion filed by represented appellant "because this court does not permit hybrid representation and, thus, [the appellant's] motion is unauthorized") *see United States v. Harrison*, No. 1:22-CR-11-TBM-RPM, 2023 WL 4977770, at *1 (S.D. Miss. Aug. 3, 2023) (denying as improper pro se motion filed by represented criminal defendant). Heard's motion is therefore denied without prejudice to refiling by counsel.[1]

**SO ORDERED AND ADJUDGED** this the 6th day of November, 2025.

s/ *Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the district judge has already considered and denied a motion for review of the detention order filed by Heard's counsel. Mot. [145]; Order [216].